**IT IS SO ORDERED.**

Dated: March 02, 2011
    05:55:55 PM

                                                    Kay Woods
                                                    **United States Bankruptcy Judge**

BK1007061
CLF

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

| | |
|---|---|
| IN RE:<br><br>James J. Duvall<br>Renee L. Duvall<br>                      Debtors | Case No. 10-42069<br><br>Chapter 13<br>Judge Woods<br><br>**AGREED ORDER FOR RELIEF FROM STAY OF U.S. BANK, N.A. SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY, LLC SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY (PROPERTY ADDRESS: 436 NORTH SCHENLEY AVENUE, YOUNGSTOWN, OH 44509)** |

    This matter came to be considered on the Motion for Relief from Stay (the "Motion") filed by

U.S. Bank, N.A. successor by merger to The Leader Mortgage Company, LLC successor by merger to

The Leader Mortgage Company ("Movant"), regarding the property located at 436 North Schenley Avenue, Youngstown, OH 44509.

Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, the Chapter 13 Trustee, and all other necessary parties were served with this Motion and with notice of the hearing date for this Motion; and

The parties have entered into an agreement resolving the Motion, **the terms of which are set forth as follows: The post-petition arrearage due as of February 16, 2011, is $2,099.36, which amount consists of:**

Post Petition Payments:

| Amount | Date Due |
|---|---|
| 351.27 | November 1, 2010 |
| 351.27 | December 1, 2010 |
| 351.27 | January 1, 2011 |
| 351.27 | February 1, 2011 |

Post Petition Late Charges:

| Amount | Date Due |
|---|---|
| 14.05 | November 16, 2010 |
| 14.05 | December 16, 2010 |
| 14.05 | January 16, 2011 |
| 14.05 | February 16, 2011 |

**and $500.00 for attorney fees associated with the Motion and $150.00 court costs incurred herein for filing the Motion, less $11.92 in Debtors' suspense account.**

**In order to partially cure said post-petition arrearage, Movant is permitted to file a Supplemental Proof of Claim in the amount of $650.00, which consists of $500.00 for attorney fees associated with the Motion and $150.00 for court costs incurred herein for filing the Motion and said post petition arrears of $0.00 thereby reducing the arrearage to $1,449.36.**

**In order to cure the remaining post-petition arrearage, Debtors agree to make the following lump sum payments to Movant in the form of certified funds on or before the dates specified herein as follows:**

Stipulated Payments:

| Amount | Date Due |
|---|---|
| 241.56 | March 15, 2011 |
| 241.56 | April 15, 2011 |
| 241.56 | May 15, 2011 |
| 241.56 | June 15, 2011 |
| 241.56 | July 15, 2011 |
| 241.56 | August 15, 2011 |

**Said lump sum payments are in addition to the regular monthly mortgage payments due and owing for said months.**

**All payments shall be tendered to:**

> U.S. Bank Home Mortgage (KY)
> 4801 Frederica Street
> Owensboro, KY 42301

**This payment address is subject to change.**

**Failure by the Debtors to make any payment described above shall constitute a default.**

**IT IS THEREFORE, ORDERED:**

1. The Debtors shall maintain regular monthly post-petition payments to Movant outside the Chapter l3 plan beginning with a payment due March 1, 2011. Failure by the Debtors to make any payment within **15** days of the date due shall constitute a default.

2. Upon the existence of a default, Movant's counsel may send Debtors and counsel for Debtors a 10-day notice of Movant's intent to file an affidavit and proposed order granting relief from stay.

3. If the default is not cured within that 10-day period, then upon the filing of an affidavit by Movant attesting to the default by the Debtors, an Order shall be entered without further hearing,

terminating the stay imposed by Section 362(a) of the Bankruptcy Code with respect to Movant, its successors and assigns. **The only ground for objection to such an Order shall be that payments were timely made.**

###

| SUBMITTED BY: | APPROVED BY: |
|---|---|
| /s/ Steven H Patterson, Case Attorney | /s/ Eric James Ashman, Attorney for Debtors |
| LERNER, SAMPSON & ROTHFUSS | Rauser & Associates |
| Bar Registration No. 0073452 | Bar Registration No. 0077386 |
| Romi T. Fox, Attorney | James J. Duvall, Debtor |
| Bar Registration No. 0037174 | Renee L. Duvall, Debtor |
| Attorneys for Movant | 614 West Superior Avenue |
| PO Box 5480 | Suite 950 |
| Cincinnati, OH 45201-5480 | Cleveland, OH 44113 |
| (513) 241-3100 ext. 3373 | (330) 746-7427 |
| (513) 354-6464 fax | eashman@ohiolegalclinic.com |
| nohbk@lsrlaw.com | |

Attorneys for Movant,
U.S. Bank, N.A. successor by merger to The Leader Mortgage Company, LLC successor by merger to The Leader Mortgage Company

COPIES TO:

Eric James Ashman, Esq. - Attorney for Debtors
614 West Superior Avenue
Suite 950
Cleveland, OH 44113
eashman@ohiolegalclinic.com
VIA ELECTRONIC SERVICE

James J. Duvall - Debtor
454 N Schenley
Youngstown, OH 44509
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Renee L. Duvall - Debtor
436 N Schenley
Youngstown, OH 44509
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Michael A. Gallo - Trustee
20 Federal Plaza West #602
Youngstown, OH 44503
mgallo@gallotrustee.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Steven H Patterson, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE