**IT IS SO ORDERED.**

Dated: April 15, 2011
06:35:20 AM

Kay Woods
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| JAMES J. DUVALL | ) | CASE NO. 10-42069 |
| RENEE L. DUVALL | ) | |
| | ) | |
| Debtors | ) | **ORDER OF DISMISSAL** |
| | ) | |

THIS MATTER IS BEFORE THE COURT upon the Affidavit of the Trustee, Michael A. Gallo, setting forth the debtors' lack of compliance with the Agreed Order filed with this Court on January 31, 2011, no notice having been given as none is required pursuant to the terms of the Agreed Order; and,

IT APPEARING TO THE COURT that on January 31, 2011, that Michael A. Gallo, Trustee, and the debtors, by and through counsel, entered into an Agreed Order providing for the debtors' payment of certain sums to the Trustee, and further providing in said Order for

the dismissal, without further notice or hearing, of the debtors' Chapter 13 proceeding upon notification to this Court by the Trustee of the debtors' failure to comply with the payment terms as set out in said Agreed Order; and,

IT FURTHER APPEARING as set forth in the Affidavit of Michael A. Gallo, Trustee, and filed with this Court, that the above debtors have failed to comply with the prior Agreed Order and the above case should be dismissed without further hearing.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED for the reasons as set out herein that the above Chapter 13 case is hereby dismissed.

# # #

SUBMITTED BY:


    /s/    Michael A. Gallo
MICHAEL A. GALLO, TRUSTEE